UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| CLIFFORD J. SCHUETT, | Case No. 2:19-cv-01100-GMN-EJY |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| G. GONZALEZ, *et al.*, | |
| Defendants. | |

## I. DISCUSSION

Plaintiff previously filed an incomplete complaint pursuant to 42 U.S.C. § 1983 and filed an incomplete application to proceed *in forma pauperis*. (ECF No. 1, 1-1).

Plaintiff did not submit a properly executed financial certificate or any inmate account statements with his application to proceed *in forma pauperis*. (*See* ECF No. 1). The Court denied the *in forma pauperis* application without prejudice and instructed Plaintiff to pay the full filing fee for this action or file a fully complete application to proceed *in forma pauperis* with the required financial certificate and inmate account statements. (ECF No. 3). The Court also instructed Plaintiff to file a complete and legible complaint. (*Id.*)

Now before the Court is Plaintiff's motion for an extension of time to file a complete application to proceed *in forma pauperis* and a complete complaint. (ECF No. 7). The Court grants the motion. Plaintiff must pay the filing fee or file a complete application to proceed in forma paupers, including the required financial certificate and inmate account statements, by November 15, 2019. Plaintiff also must file a complete complaint by November 15, 2019.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that the Clerk of the Court SHALL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

1

IT IS FURTHER ORDERED that by November 15, 2019, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

IT IS FURTHER ORDERED that Plaintiff shall file a complete complaint by November 15, 2019.

IT IS FURTHER ORDERED that the Clerk of the Court shall send Plaintiff a courtesy copy of the complaint received by the Court (ECF No. 1-1).

IT IS FURTHER ORDERED that the Clerk of the Court shall send to Plaintiff the approved form for filing a 42 U.S.C. § 1983 complaint and instructions for the same.

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, dismissal of this action may result.

DATED THIS 9th day of October 2019.

_____
UNITED STATES MAGISTRATE JUDGE