UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CLIFFORD J. SCHUETT,<br><br>    Plaintiff,<br>v.<br><br>G. GONZALEZ, *et al.*,<br><br>    Defendants. | Case No. 2:19-cv-01100-GMN-EJY<br><br>**ORDER** |

## I. DISCUSSION

Plaintiff, a pro se prisoner, previously filed this Bivens action while incarcerated in a Federal Correctional Institution and filed an application to proceed *in forma pauperis*. (ECF No. 1, 1-1). Because Plaintiff's incarcerated status required him to provide an inmate account statement with that application and he failed to provide such a statement, the Court denied his application without prejudice to his ability to file a new application with complete financial attachments. (ECF No. 3). Schuett responded to that order by filing motions asking the Court to direct the Bureau of Prisons to provide his account history necessary to complete his application, excuse him from providing such an account history, and provide him with an extension of time to file a complete application to proceed *in forma pauperis*. (ECF Nos. 4, 7, 8). However, Plaintiff then filed an application to proceed *in forma pauperis* for prisoners, including the required financial documents. (ECF No. 12). Therefore, the Court will deny Plaintiff's motions (ECF Nos. 4, 7, 8) as moot.

## II. CONCLUSION

For the foregoing reasons, IT IS HEREBY ORDERED that Plaintiff's motions asking the Court to direct the Bureau of Prisons to provide his account history necessary to complete his application, excuse him from providing such an account history, and provide him with an extension of time (ECF No. 4, 7, 8) are DENIED as moot.

DATED: January 15, 2020

_____
UNITED STATES MAGISTRATE JUDGE

1